IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BROOKE HIGGINBOTHAM,

    Plaintiff,

v.        No. 2:18-cv-00449-GJF-KRS

CATRINA ORNELAS; LUIS CARRASCO;
BENJAMIN BERLING; and CITY OF LAS
CRUCES,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on July 10, 2018, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 13), filed June 14, 2018, and adopted it as set forth in the Court's Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**